SANFORD L. MICHELMAN  (SBN 179702)
*smichelman@mrllp.com*
TIMOTHY J. GORRY  (SBN 143797)
*tgorry@mrllp.com*
JON-JAMISON HILL  (SBN 203959)
*jhill@mrllp.com*
VINCENT LOH  (SBN 238410)
*vloh@mrllp.com*
MATTHEW R. LASKY (*pro hac vice*)
mlasky@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Tel:  (310) 299-5500
Fax: (310) 299-5600

Attorneys for Plaintiff CHANGE
LENDING LLC, formerly known as
COMMERCE HOME MORTGAGE, LLC,

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGE LENDING LLC, formerly known as COMMERCE HOME MORTGAGE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN BANK OF SAN FRANCISCO; FEDERAL HOUSING FINANCE AGENCY; SANDRA L. THOMPSON, in her official capacity as Acting Director of the Federal Housing Finance Agency; and DOES 1-10, inclusive,<br><br>Defendants, | Case No.:  3:21-cv-05700-MMC<br>Related Case:  3:21-cv-01678-MMC<br>Hon. Maxine M. Chesney<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SET STATUS CONFERENCE AND SCHEDULING STATUS CONFERENCE**<br><br>[Administrative Motion filed concurrently]<br><br>Action Filed:  March 9, 2021<br>Trial Date:     None Set |

1

## [PROPOSED] ORDER

2      The Court, having considered Plaintiff Change Lending, LLC's ("Plaintiff" or

3  "Change") Administrative Motion to Set Case Management Conference, ~~and good cause~~ as well as

4  Defendants' Statement, in which defendants state they have no opposition to setting a Conference ~~appearing~~, hereby orders that the Motion is **GRANTED**.

5      A Case Management Conference shall be held on __July 28, 2023_____

6  at __10:30__ in the above-entitled Court.  A Joint Case Management  Statement shall be filed

7  no later than July 21, 2023.

8      **IT IS SO ORDERED.**

9

10  Date: __July 10, 2023_____              _Maxine M. Chesney_____

11                                              Hon. Maxine M. Chesney
                                                United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO SET STATUS CONFERENCE**