DOUGLAS A. WINTHROP (SBN 183532)
*Douglas.Winthrop@arnoldporter.com*
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Attorneys for FEDERAL HOUSING FINANCE
AGENCY and SANDRA L. THOMPSON, in her
Official Capacity as Director

SANFORD L. MICHELMAN  (SBN 179702)
*smichelman@mrllp.com*
TIMOTHY J. GORRY  (SBN 143797)
*tgorry@mrllp.com*
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Telephone: (310) 299-5500
Attorneys for CHANGE LENDING, LLC

[Counsel Information Continued on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGE LENDING LLC, formerly known as COMMERCE HOME MORTGAGE, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOME LOAN BANK OF SAN FRANCISCO; FEDERAL HOUSING FINANCE AGENCY; SANDRA L. THOMPSON, in her official capacity as Acting Director of the Federal Housing Finance Agency; and DOES 1-10, inclusive, <br><br> Defendants, | Case No.:  3:21-cv-05700-MMC <br> Related Case:  3:21-cv-01678-MMC <br> Hon. Maxine M. Chesney <br><br> **JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 7-11 REGARDING PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING;  [PROPOSED] ORDER** |

1 | [Counsel Information Continued]

2 | ASIM VARMA (pro hac vice)
3 | *Asim.Varma@arnoldporter.com*
  | MICHAEL A.F. JOHNSON (pro hac vice)
4 | *Michael.Johnson@arnoldporter.com*
5 | **ARNOLD & PORTER KAYE SCHOLER LLP**
  | 601 Massachusetts Avenue, NW
6 | Washington, DC 200010-3743
  | Telephone: (202) 942-5000
7 | Attorneys for FEDERAL HOUSING FINANCE
  | AGENCY and SANDRA L. THOMPSON, in her
8 | Official Capacity as Director

9 | JON-JAMISON HILL  (SBN 203959)
10 | *jhill@mrllp.com*
   | VINCENT LOH  (SBN 238410)
11 | *vloh@mrllp.com*
12 | **MICHELMAN & ROBINSON, LLP**
   | 10880 Wilshire Boulevard, 19th Floor
13 | Los Angeles, CA 90024
   | Telephone: (310) 299-5500
14 | Attorneys for CHANGE LENDING, LLC

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants Federal Housing Finance Agency and Sandra L. Thompson, in her official capacity as Director of the Federal Housing Finance Agency, (collectively, "Defendants") and Plaintiff Change Lending, LLC, formerly known as Commerce Home Mortgage, LLC ("Plaintiff"), hereby submit this Joint Stipulation Regarding Page Limits For Consolidated Summary Judgment Briefing.

WHEREAS, per the Court's scheduling orders, Plaintiff filed its opening summary judgment brief on July 21, 2023, and Defendants' combined opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment is due on September 19, 2023; and

WHEREAS, the prior Stipulation and Order regarding summary judgment briefing (Dkt.82) did not discuss page limits; and

WHEREAS, the Parties have agreed that Defendants can have up to 40 pages for their combined opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment; and

WHEREAS, the Parties have agreed to meet and confer within the next two weeks with regard to page limits for the remaining summary judgment briefs;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that Defendants can have up to 40 pages for their combined opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment due to be filed on September 19, 2023, and that the Parties shall meet and confer within the next two

weeks with regard to page limits for the remaining summary judgment briefs.

**ARNOLD & PORTER KAYE SCHOLER, LLP**

Dated: September 14, 2023     By:     /s/ Douglas A. Winthrop
                                      Douglas A. Winthrop
                                      Asim Varma
                                      Attorneys for Defendant FEDERAL HOUSING FINANCE AGENCY and SANDRA L. THOMPSON, in her official capacity as Director of the Federal Housing Finance Agency

**MICHELMAN & ROBINSON, LLP**

Dated: September 14, 2023     By:     /s/ Sanford L. Michelman
                                      Sanford L. Michelman
                                      Timothy J. Gorry
                                      Jon-Jamison Hill
                                      Vincent Loh
                                      Attorneys for Plaintiff CHANGE LENDING, LLC, formerly known as COMMERCE HOME MORTGAGE

## ORDER

Good cause appearing therefor, the above JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 7-11 REGARDING PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: September ___. 2023     _____
                                United States District Judge

**ATTESTATION OF CONCURRENCE**

I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

DATED: September 14, 2023        **ARNOLD & PORTER KAYE SCHOLER LLP**

By:  */s/ Douglas A. Winthrop*
     DOUGLAS A. WINTHROP

Attorneys for Defendant FEDERAL HOUSING FINANCE AGENCY and SANDRA L. THOMPSON, in her official capacity as Director of the Federal Housing Finance Agency