IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGE LENDING LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL HOME LOAN BANK OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 21-cv-05700-MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT COURTESY COPY IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

On September 19, 2023, defendants electronically filed their "Cross Motion for Summary Judgment and Opposition to Motion for Summary Judgment Filed by Plaintiff Change Lending LLC." To date, defendants have not submitted a courtesy copy of said document.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Additionally, courtesy copies "shall be submitted in single-sided format." See id.

Accordingly, defendants are hereby ORDERED to submit forthwith the requisite courtesy copy of the above-referenced document.

**IT IS SO ORDERED.**

Dated: October 2, 2023

MAXINE M. CHESNEY
United States District Judge